COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROBERTS MARKEL WEINBERG BUTLER HAILEY PC, | § | No. 08-23-00323-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 224th Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| LYNN MADISON, | | |
| | § | (TC# 2023CI09527) |
| Appellee. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's motion to dismiss, render judgment granting Appellant's motion to dismiss, and remand the cause to the trial court for further proceedings consistent with this opinion.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MAY 2024.

GINA M. PALAFOX, Justice

Before Palafox and Soto, JJ., and Salas Mendoza, Judge
Salas Mendoza, Judge (sitting by assignment)